### 10816.  KING *v.* THE STATE.

BROYLES, C. J.  1. None of the excerpts from the charge of the court complained of, when considered in connection with the charge as a whole, shows cause for a reversal of the judgment below.

2. Under the facts of the case, the court did not err in denying the defendant's motion for a mistrial.

3. The verdict was authorized by the evidence.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 4, 1919.

Indictment for larceny of horse; from Bibb superior court—Judge Mathews. July 17, 1919.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.